AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JAYSON A. PARADISE

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ # 05-832-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 17, 2005 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, possess in or affecting commerce a firearm, that is, a Glock model 19, 9mm semi-automatic pistol, serial number GN752US,

in violation of Title 18 United States Code, Section(s) 922(g)(1).

I further state that I am a(n) ATF Special Agent and that this complaint is based on the following facts:
Official Title

See attached affidavit of Sheila M. O'Hara.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 12, 2005 @ 1:50PM   at   Boston, MA
Date                                           City and State

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE        Marianne B. Bowler, USMJ
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.