UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Magistrate No. 05-832-MBB |
| | ) |
| JAYSON A. PARADISE | ) |

### GOVERNMENT'S MOTION TO UNSEAL

The United States respectfully requests the Court to unseal the complaint and supporting affidavit in this case and in support of this request states that the defendant was arrested today in Florida.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3184

*June 29, 2005 Allowed*
*Marianne B. Bowler USMJ*