United States District Court
Middle District of Florida
801 North Florida Avenue, Suite 1232
Tampa, Florida 33602-3800

Thomas G. Wilson
United States Magistrate Judge

(813) 301-5588

2005 JUL -5 P 3: 33

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
June 30, 2005

Office of the Clerk
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Sir or Madam:

    RE:  United States v. Jayson A. Paradise
           Your Case No. MJ #05-832-MBB
           <u>Our Case No.8:05-M-328TGW</u>

    Enclosed herewith are the original Magistrate Judge Proceedings and Docket Sheet Entries.

    Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

Very truly yours,

*[signature]*

By: CARRIE A. WILLIAMS
Secretary/Deputy Clerk

Enclosure

---

THE ABOVE FILE HAS BEEN RECEIVED AND ASSIGNED OUR CASE NUMBER:

_____
(Signature)

_____
(Date)

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:05-mj-00328-TGW-ALL
### Internal Use Only

Case title: USA v. Paradise                         Date Filed: 06/29/2005
Other court case number: MJ-05-832MBB District of Massachusetts

Assigned to: Magistrate Judge Thomas G. Wilson

### Defendant

**Jayson A. Paradise** (1)                represented by **Tracy Dreispul**
*TERMINATED: 06/30/2005*                  Federal Public Defender's Office
                                          Middle District of Florida
                                          400 N. Tampa St., Suite 2700
                                          Tampa, FL 33602
                                          813/228-2715
                                          Fax: 813/228-2562
                                          Email: tracy_dreispul@fd.org
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          Designation: Public Defender or Community Defender Appointment

**Pending Counts**                         **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                             **Disposition**

18:922(g)(1) Felon in possession of firearm

*I certify the foregoing to be a true and correct copy of the original.*
*SHERYL L. LOESCH, Clerk*
*United States District Court*
*Middle District of Florida*
By: [signature]
Deputy Clerk

**Plaintiff**

USA  represented by **Jeffrey S. Downing**
U.S. Attorney's Office
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274-6000
Fax: 813/274-6103
Email: jeff.downing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2005 | 1 | Arrest - Rule 5(c)(2) of Jayson A. Paradise from Massachusetts on charges of 18:922(g)(1) Felon in possession of firearm (Williams, Carrie) (Entered: 06/29/2005) |
| 06/29/2005 | 2 | Minute Entry for proceedings held before Judge Thomas G. Wilson :INITIAL appearance as to Jayson A. Paradise held on 6/29/2005. Financial affidavit completed; FPD appointed. Government requested detention; defendant requested detention hearing & preliminary exam hearing to be conducted when he returns to the District of Massachusetts. (DIGITAL) (Williams, Carrie) (Entered: 06/29/2005) |
| 06/29/2005 | 3 | CJA 23 financial affidavit by Jayson A. Paradise (Williams, Carrie) (Entered: 06/29/2005) |
| 06/29/2005 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jayson A. Paradise. Signed by Judge Thomas G. Wilson on 6/29/2005. (Wilson, Thomas) (Entered: 06/29/2005) |
| 06/29/2005 | 5 | ORDER OF DETENTION - temporarily detained until detention hearing and preliminary exam hearing can be conducted in District of Massachusetts upon his return as to Jayson A. ParadiseSigned by Judge Thomas G. Wilson on 6/29/2005. (Williams, Carrie) (Entered: 06/30/2005) |
| 06/29/2005 | 6 | COMMITMENT to another district as to Jayson A. Paradise. Defendant committed to District of Massachusetts.Signed by Judge Thomas G. Wilson on 6/29/2005. (Williams, Carrie) (Entered: 06/30/2005) |
| 06/30/2005 | 7 | TRANSFER case to District of Massachusetts. (Williams, Carrie) (Entered: 06/30/2005) |
| 06/30/2005 | | ***Terminated defendant Jayson A. Paradise, pending deadlines, and motions. (Williams, Carrie) (Entered: 06/30/2005) |

United States District Court
Middle District of Florida
801 North Florida Avenue, Suite 1232
Tampa, Florida 33602-3800

Thomas G. Wilson
United States Magistrate Judge

(813) 301-5588

June 30, 2005

Office of the Clerk
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Sir or Madam:

    RE:    United States v. Jayson A. Paradise
             Your Case No. MJ #05-832-MBB
             <u>Our Case No. 8:05-M-328TGW</u>

    Enclosed herewith are the original Magistrate Judge Proceedings and Docket Sheet Entries.

    Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

Very truly yours,

*[signature]*

By: CARRIE A. WILLIAMS
Secretary/Deputy Clerk

Enclosure

---

THE ABOVE FILE HAS BEEN RECEIVED AND ASSIGNED OUR CASE NUMBER:

_____

_____
(Signature)

_____
(Date)

7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JAYSON A. PARADISE

COMMITMENT

TO ANOTHER DISTRICT

CASE NO. 8:05-M-328-TGW

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Complaint | 18 USC 922(g)(1) | District of Massachusetts |
| | | MJ # 05-832-MBB |
| **Description:** Felon in possession of a firearm | | |

| PROCEEDINGS |
|---|
| **CURRENT BOND STATUS:**<br>[ ] Bail fixed at _____ and conditions were not met<br>[ ] Government moved for detention and defendant detained after hearing in District of Arrest<br>[√] Government moved for detention and defendant detained pending detention hearing in District of Offense<br>[ ] Other (specify) |
| **COUNSEL:**   [ ] Retained Own Counsel  [√] Federal Defender Organization  [ ] CJA Attorney  [ ] None |
| **INTERPRETER:**     [√] No   [ ] Yes   Language: |

| TO: THE UNITED STATES MARSHAL |
|---|
| You are hereby commanded to take custody of **JAYSON A. PARADISE** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant. |
| JUNE 29, 2005    THOMAS G. WILSON<br>UNITED STATES MAGISTRATE JUDGE |

| RETURN | | |
|---|---|---|
| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
| Date | United States Marshal | By Deputy Marshal |

6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
v. : CASE No. 8:05-M-328-TGW
:
JAYSON A. PARADISE :
:

ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the defendant's initial appearance. At that time, the defendant was explained his right to counsel, to a detention hearing, and to a preliminary examination hearing. The Government requested that the defendant be detained as a flight risk and a danger to the community. The defendant, through counsel, requested that his detention hearing and preliminary examination hearing be conducted in the District of Massachusetts upon his return.

It is, therefore, upon consideration

ORDERED:

5

1. That, pending further proceedings in the District of Massachusetts, the defendant JAYSON A. PARADISE shall be DETAINED without bail.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this ____ day of June, 2005.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____  FOR _____ AT _____

LOCATION NUMBER: _____

DOCKET NUMBERS: 8:05-M-328 TGW

PERSON REPRESENTED (Show your full name): **Jayson PARADISE**
Social Security Number: **X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**

1 ☒ Defendant — Adult
2 ☐ Defendant — Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box —►)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
RECEIVED SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ **American Fence**
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
VALUE  DESCRIPTION
IF YES, GIVE THE VALUE AND $ _____
DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: **2**
List persons you actually support and your relationship to them: **Andrew PARADISE, Kyle PARADISE**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)
APARTMENT OR HOME: **None**
Creditors | Total Debt | Monthly Payt.
$ _____ | $ _____
$ _____ | $ _____
$ _____ | $ _____
$ _____ | $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Jayson Paradise*

** TOTAL PAGE.03 **

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

CASE No. 8:05-M-328TGW                           DATE: JUNE 29, 2005

HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA                         AUSA Jeff Downing
-v-
JAYSON A. PARADISE                               AFPD Tracy Dreispul

COURT RPTR _____                DEPUTY CLERK: Carrie A. Williams

TAPE: DIGITAL      TIME: 3:15 - 3:20      COURTROOM 12A

PROCEEDINGS: INITIAL

_____   Deft provided w/copy of COMPLAINT from the District of Massachusetts

_____   ARREST DATE: 6/29/05

_____   Court advises of Deft's Rule 5 rights and charges

_____   Financial Affidavit completed; FPD appointed

_____   Govt position: DETENTION-risk of flight & danger.
         Defendant would like to pursue the matter of bail & preliminary exam hearing in Massachusetts.

_____   Court: DETENTION until hearing in Massachusetts

06-29-2005  12:23pm  From-US ATTOF  OFFICE ECONOMIC CRIMES UNIT  6177483960        T-287  P.003/008  F-923

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JAYSON A. PARADISE

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ# 05-832-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 17, 2005__ in __Bristol__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, possess in or affecting commerce a firearm, that is, a Glock model 19, 9mm semi-automatic pistol, serial number GN752US,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a(n) __ATF Special Agent__ and that this complaint is based on the following
                              Official Title
facts:

See attached affidavit of Sheila M. O'Hara.

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__May 12, 2005 @ 1:50 PM__         at    __Boston, MA__
Date                                      City and State

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE                _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF SHEILA M. O'HARA

I, Sheila M. O'Hara, being duly sworn, state that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been an ATF Special Agent for more than 17 years and during that time I have been involved in numerous investigations of violations of federal firearms laws. I am currently assigned to a group in the Boston Field Division of ATF that, in part, works with other federal, state and local police departments in and around the Metropolitan Boston area to investigate and prosecute violations of federal firearms, explosives and controlled substance laws.

2. Based on my training and experience as an ATF Special Agent, I am familiar with federal firearms laws and know that it is a violation of Title 18, United States Code, Section 922(g)(1), to be a felon in possession of a firearm that has previously traveled in interstate commerce.

3. This affidavit is submitted in support of a complaint and arrest warrant for JAYSON A. PARADISE for being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). The facts stated in this affidavit are based upon my personal involvement in this investigation and my discussions with other law enforcement officers involved with this investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts which I believe are sufficient to establish the requisite probable cause.

4. On Sunday, April 17, 2005, at about 6:06 p.m., Fall River Police Department Officers Jeff Richard and Officer David Gouveia were on routine patrol when they saw a red Mercury Villager van, Massachusetts registration number 78VF49, stopped at the intersection of Jencks and Alden Streets. The two officers saw three men standing near the van and then the three men moved quickly away. One of the men saw the police cruiser and yelled, "He has a gun." The other two men also yelled that the operator had a gun. From their facial expressions, tone, and body language, all three men appeared to the officers to be frightened. Both officers got out of their marked cruiser and Officer Gouveia observed the van operator, later identified as PARADISE, turn around and look at the officers and then drive away on Jencks Street. The officers got back in their cruiser,

activated the blue lights and siren and attempted to stop the van. During the pursuit, officers saw PARADISE hold a handgun out the driver's side window on a couple of occasions. It appeared to the officers that PARADISE was contemplating throwing the weapon out of the window.

5. Because of other traffic, the van was forced to stop in front of 40 Barnes Street, Fall River, Massachusetts. PARADISE got out of the van, with the gun in his hand, and fled on foot toward 40 Barnes Street. The officers ordered PARADISE to stop and drop the weapon, but PARADISE ignored their commands. Four civilians attempted to stop PARADISE, who punched one of the civilians in the face. The officers directed the civilians to back away and pursued PARADISE into the back yard of 40 Barnes Street where they ordered him, at gunpoint, to drop the weapon. PARADISE continued to refuse the officers' commands to drop the weapon; instead, he bladed his stance, holding the firearm by his right leg. Officers repeatedly ordered PARADISE to drop the weapon and then told him that if he did not drop the weapon, they were going to shoot him. PARADISE finally dropped the weapon and he was arrested.

6. I have reviewed the computer printout from the Massachusetts Criminal History Systems Board showing PARADISE's criminal record. It reflects several convictions prior to April 17, 2005, for crimes I know to be punishable by terms of imprisonment exceeding one year. These include: a February 12, 2002, conviction in Fall River District Court for assault and battery on a police officer; January 29, 1997, convictions in Fall River District Court for possession with intent to distribute a Class A controlled substance, (heroin), controlled substance offense in a school zone, conspiracy to violate the Controlled Substances Act, knowingly receiving stolen property, possession of a firearm without ID card (2 counts), and assault and battery with a dangerous weapon (knife); and a January 4, 1991, conviction in Fall River District Court for assault to kill.

7. The gun recovered by the police officers at PARADISE's arrest was a Glock, model 19, 9mm semi-automatic pistol, serial number GN752US, which was loaded with 16 rounds of ammunition. The Glock pistol was not manufactured in the Commonwealth of Massachusetts and therefore traveled in interstate commerce.

8. Based upon the foregoing, there is probable cause to believe that on April 17, 2005, JAYSON A. PARADISE, having been convicted in a court of a crime punishable

by imprisonment for a term exceeding one year, did possess a firearm in or affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Sheila M. O'Hara
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed to before me this 12 day of May 2005.

_____
MARIANNE B. BOWLER, USMJ
United States Magistrate Judge

3

06-29-2005  12:24pm  From-US AT. ('OFFICE ECONOMIC CRIMES UNIT  6177483960          T-287  P.007/008  F-923

## Criminal Case Cover Sheet                              U.S. District Court - District of Massachusetts

Place of Offense: _____  Category No. II _____  Investigating Agency  ATF _____

City  Fall River, MA _____  Related Case Information:

County  Bristol _____  Superseding Ind./ Inf. _____  Case No. _____
                                    Same Defendant _____  New Defendant _____
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

Defendant Information:

Defendant Name  Jayson A. Paradise _____  Juvenile  [ ] Yes  [x] No

Alias Name  _____

Address  16 Chavenson Street, Fall River, MA _____

Birth date (Year only):  1970   SSN (last 4 #):  7105   Sex  M   Race:  white   Nationality:  US

Defense Counsel if known: _____   Address: _____

Bar Number: _____

U.S. Attorney Information:

AUSA  Sandra S. Bower _____   Bar Number if applicable  078770 (Florida)

Interpreter:  [ ] Yes  [x] No   List language and/or dialect: _____

Matter to be SEALED:  [x] Yes  [ ] No

   [x] Warrant Requested       [ ] Regular Process       [ ] In Custody

Location Status:

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:   [x] Complaint      [ ] Information      [ ] Indictment

Total # of Counts:   [ ] Petty _____  [ ] Misdemeanor _____  [1] Felony _____

                    Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  5-12-05            Signature of AUSA:  Sandra S. Bower

06-29-2005  12:24pm  From-US AT 'Y'OFFICE ECONOMIC CRIMES UNIT  6177483910        T-287  P.008/008  F-923

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Jayson A. Paradise

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 922(g)(1) | felon in possession of a firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JUN 29 2005 11:13 FR MARSHAL CELL BLOCK            TO WILSON           P.02/03
JUN 29 2005 10:27 FR USMS D-MA WARRANTS  617 748 2575 TO 8181327654?5   P.02

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

JAYSON A. PARADISE

**WARRANT FOR ARREST**

8:05-M-328-TGW

CASE NUMBER: MJ-05-832-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAYSON A. PARADISE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm

RECEIVED
2005 MAY 12 P 2:50
U.S. MARSHAL SERVICE
BOSTON, MA

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

MARIANNE B. BOWLER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Marianne B. Bowler USMS
Signature of Issuing Officer

May 12, 2005 @ Boston @ 1:50PM
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elec Federal Forms, Inc.

** TOTAL PAGE 02 **