# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

     v.

                                  CRIMINAL CASE NO.  05-832-MBB

JAYSON PARADISE

## APPOINTMENT OF FEDERAL DEFENDER
## (OSCAR CRUZ)

The financial inability of the defendant to retain counsel having been

established by the Court, and the defendant not having waived the appointment

of counsel,

It is hereby ORDERED that the Federal Defender Office for the District

of Massachusetts be appointed, effective as of  **JULY 7, 2005**                to

represent said defendant in this cause until further order of the Court.

By:   /s/ Marianne B. Bowler
              MARIANNE B. BOWLER
              Chief United States Magistrate Judge

DATE: July 7, 2005