AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| JAYSON PARADISE | Case Number:  05-832-MBB |

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>S. WAQAR HASIB | DEFENDANT'S ATTORNEY<br>OSCAR CRUZ, JR. |
|---|---|---|
| TRIAL DATE (S)<br>7/12/2005 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/12/05 | | | SHEILA O'HARA, SPECIAL AGENT, A.T.F. for the govt. |
| 1 | | 7/12/05 | X | X | AFFIDAVIT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.